IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| KIMBERLY M. ESPINAL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATHAN D. LINGLE and )<br>AMERICAN FENCE COMPANY OF )<br>HICKORY, LLC, Nathan D. Lingle, )<br>Registered Agent, )<br>)<br>Defendants. ) | Civil Action No. 5:18 – cv - 00095 |

**NOTICE OF REMOVAL**

NOW COMES Nathan D. Lingle and American Fence Company of Hickory, LLC. ("Defendants"), reserving all defenses and objections, and removes the civil action captioned *Kimberly M. Espinal v. Nathan D. Lingle and American Fence Company of Hickory, LLC, Nathan D. Lingle, registered agent.,* filed in the Superior Court Division of the General Court of Justice of Catawba County, North Carolina, to the United States District Court for the Western District of North Carolina, and states as follows:

1. On May 3, 2018 pursuant to Rule 3 of the North Carolina Rules of Civil Procedure, Plaintiff filed in the General Court of Justice, Superior Court Division, Catawba County, North Carolina, Case No. 18 CVS 1202, a Complaint, Summons, and Plaintiff First Set of Interrogatories and Requests for Production of Documents and Requests for Admission to Defendant Nathan Lingle.

2. On May 11, 2018 Defendant Nathan Lingle was served with the Civil Summons to be Served with Complaint, and Plaintiff's First Set of Interrogatories and Requests for Production of Documents and Requests for Admission to Defendant Nathan Lingle.

3. Attached as exhibits are true and correct copies of all pleadings received in this action identified as follows:

Exhibit A – Civil Summons to be Served with Complaint, issued May 3, 2018

Exhibit B – Complaint dated May 3, 2018

Exhibit C – Return of Service Service of Process of Complaint, establishing service on Defendant Nathan Lingle by the Catawba County Sheriff on May 11, 2018.

Exhibit D - An Amended Summons to be Served with Complaint, issued June 1, 2018, which was served on Defendant American Fence Company of Hickory, LLC by the Catawba County Sheriff on June 4, 2018.

4. The Complaint alleges that Plaintiff was subject to a sexually hostile and exploitative work environment and wrongfully terminated from employment with Defendant in violation of Title VII of the Civil Rights Act of 1964, and N.C. Gen. Stat. § 143-422.1 *et seq*.

5. This Court has original subject matter jurisdiction over Plaintiff's federal cause of action pursuant to 28 U.S.C. § 1331 which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Accordingly, Plaintiff's federal cause of action under Title VII of the Civil Rights Act of 1964 is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a), because it is part of the same case or controversy that is the basis for Plaintiff's federal claim.

7. Defendant timely files this Notice of Removal within thirty (30) days after being served with the Complaint pursuant to 28 U.S.C. 1446(b).

8. Contemporaneous with the filing of this Notice of Removal, a written notice is being sent to counsel for Plaintiff as provided by 28 U.S.C. §1446(d).

9. Defendant states that a true and correct copy of this Notice of Removal will be filed with the Clerk of Court for the Superior Court of Catawba County, North Carolina, and that Defendant is filing a removal notice with the Clerk of Court for the Superior Court of Catawba County, attached as <u>Exhibit E</u> as provided by 28 U.S.C. §1446(d).

**WHEREFORE**, Defendants Nathan D. Lingle and American Fence Compony of Hickory, LLC respectfully requests this civil action be removed to the United States District Court for the Western District of North Carolina and that the Court enter such other relief as is just and proper.

Respectfully submitted this the 11th day of June, 2018.

/s/*L. Michelle Gessner*
N.C. Bar No. 26590
*Attorney for Defendants*
THE LAW OFFICES OF MICHELLE GESSNER, PLLC
435 East Morehead Street
Charlotte, NC 28202
Telephone: (704) 243-7442
E-mail: michelle@mgessnerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this day, Defendant's foregoing **Notice of Removal** was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed a copy of the document to the following person(s), by placing a copy of the same in the United States Mail, properly addressed and with the correct amount of postage affixed thereto:

>Andrew J. Howell
>SIGMON, CLARK, MACKIE, HANVEY & FERRELL, P.A
>*Attorneys for Plaintiff*
>P.O. Drawer 1470
>Hickory, NC 28603
>Phone: 828-328-2596
>Fax: 828-328-6876

This the 11th day of June, 2018.

>/s/*L. Michelle Gessner*
>N.C. Bar No. 26590
>*Attorney for Defendants*
>THE LAW OFFICES OF MICHELLE GESSNER, PLLC
>435 East Morehead Street
>Charlotte, NC 28202
>Telephone: (704) 243-7442
>E-mail: michelle@mgessnerlaw.com